**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

SHAUNTE M. HURLEY,

    *Plaintiff*,

v.                                  Civil Action No. 4:11-cv-138 AWA/TEM

TRANSUNION, LLC,

CITIBANK, N.A.,

    *Defendants*.

**NOTICE OF APPEARANCE**

Bryan A. Fratkin, of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, hereby notifies the Court and all counsel of his appearance as counsel for Citibank, N.A.

October 24, 2011                        Respectfully submitted,

                                              CITIBANK, N.A.

                                              By Counsel

                                              /s/
                                              Bryan A. Fratkin (VSB# 38933)
                                              Evan Elizabeth Miller (VSB# 77084)
                                              McGuireWoods LLP
                                              One James Center
                                              901 East Cary Street
                                              Richmond, Virginia  23219
                                              Tel:  (804) 775-1000
                                              Fax:  (804) 775-1061
                                              Email:  bfratkin@mcguirewoods.com
                                              Email:  emiller@mcguirewoods.com

                                              *Counsel for Defendant Citibank, N.A.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2011, a true copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of such filing to:

Leonard A. Bennett (VSB # 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
*Counsel for Plaintiff*

/s/
Bryan A. Fratkin

2